**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
**KIMBERLY E.J. MOUSSAVIAN**       :
                                   :
          Plaintiff,               :     Civil Action No.
                                   :     06-4818(JLL)
     v.                            :
                                   :     OPINION AND ORDER
                                   :
**CHINA OCEAN SHIPPING GROUP**     :
**(COMPANY), ET AL.,**             :
                                   :
                                   :
          Defendants.              :
_____:


OPINION


   This matter having come before the Court by way of submission dated October 24, 2007 regarding the plaintiff's second request for the appointment of counsel;

   and the plaintiff having made previous applications for the appointment of counsel and the Court having reviewed the Tabron factors and having concluded that the factors do not support the plaintiff's requests for appointed counsel, see Order dated September 21, 2007;

   and the plaintiff having provided no other arguments in support of her request for appointed counsel;

   and for all of these reasons,

IT IS ON THIS 15th day of November 2007

ORDERED that the plaintiff's request for the appointment of counsel is DENIED; and it is further

ORDERED that the Court shall serve copy of this Order and the aforementioned Order dated September 21, 2007 via certified mail.

                                              *s/ Claire C. Cecchi*
                                              **HON. CLAIRE C. CECCHI**
                                              **United States Magistrate Judge**