NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY E. J. MOUSSAVIAN, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| CHINA OCEAN SHIPPING COMPANY | : |
| AMERICAS INC., COSCO NORTH | : |
| AMERICA INC., 100 LIGHTING | : |
| WAY, INC., COSCO SERVICES, INC., | : |
| COSCO TERMINALS, INC., SEA | : |
| EAGLE LOGISTICS, INC., SEA | : |
| MARK MANAGEMENT, SEA TRADE | : |
| INTERNATIONAL, INC., SOUTH | : |
| BAY LIGHTING WAY, INC., WORLD | : |
| OCEAN (AMERICA), INC., YUAN HUA | : |
| TECHNICAL & SUPPLY CORP., | : |
| CHINA OCEAN SHIPPING | : |
| (GROUP) COMPANY, COSCO | : |
| CONTAINER LINES CO, LTD., COSCO | : |
| AGENCIES, INC. (COSAG-LOS | : |
| ANGELES), INTERMODAL BRIDGE | : |
| SERVICES, INC., SEPTOR | : |
| INTERNATIONAL, INC., | : |
| NANCY LU, JAMES KEMP, | : |
| RICHARD STELZNER, and CHAO ZU, | : |
| | : |
| Defendants. | : |

Civil Action No.: 06-4818 (JLL)

**O R D E R**

**LINARES**, District Judge.

This matter comes before the Court on the motion of China Ocean Shipping (Group) Co.

Americas Inc., et al., ("COSCO" or "Defendants") to dismiss in part the Amended Complaint

1

filed by Kimberly E. J. Moussavian ("Moussavian" or "Plaintiff"), or in the alternative, to impose a protective bond requirement on Moussavian.  There was no oral argument.  Fed. R. Civ. P. 78.  For the reasons given in the accompanying opinion,

    **IT IS** on this _27_<sup>th</sup> day of November, 2007,

    **ORDERED** that Defendant's motion is DENIED.

José L. Linares
United States District Judge