|  |  |  |
|---|---|---|
| **KIMBERLY E.J. MOUSSAVIAN** | : | **UNITED STATES DISTRICT COURT** |
|  | : | **DISTRICT OF NEW JERSEY** |
| Plaintiff(s), | : |  |
|  | : |  |
| -vs- | : | Civil Action No. 06-4818 (JLL) |
|  | : |  |
| **CHINA OCEAN SHIPPING (GROUP) COMPANY, et al** | : | **AMENDED SCHEDULING ORDER** |
| Defendant(s), | : |  |

**IT IS on this 22nd day of October, 2008**

**ORDERED THAT:**

1. Discovery shall be completed not later than **September 26, 2008**. No discovery shall be issued or engaged in thereafter unless ordered by the Court.

2. No motion to compel discovery or to resolve a discovery dispute shall be entertained unless the motion is filed not later than the date for completion of discovery.

3. No motions to add parties or to amend pleadings shall be filed after the close of discovery. The parties are barred from moving to add parties or amend pleadings thereafter.

4. Any pro se litigant shall serve on counsel for all parties and any other pro se litigant a copy of every pleading or other document submitted to the Court and shall include with any such pleading or document a certificate of service, which shall recite what pleading or document is being served and the date of service.

5. All dispositive motions shall be filed by **January 7, 2009.** Opposition papers shall be filed by **January 20, 2009**; reply papers shall be filed by **January 26, 2009.**

6. On or before **March 9, 2009**, plaintiff shall submit a narrative written statement of the facts that will be offered by oral or documentary evidence at trial, a list of all exhibits to be offered into evidence at trial, and a list of the names and addresses of all witnesses plaintiff intends to call at trial, together with a summary of their anticipated testimony. Plaintiff shall submit an original and one copy of all the above to the undersigned and shall serve a copy on counsel for all other parties and any other pro se litigant. Plaintiff shall also include with his submission to the undersigned a certificate of service.

7. On or before **March 19, 2009**, each other party shall submit to the undersigned an original and one copy of a narrative written statement of the facts that will be offered by oral or documentary evidence at trial, a list of all exhibits to be offered into evidence at trial, and a list of the names and addresses of all witnesses it intends to call at trial, together with a summary of their expected testimony. A copy shall be served on plaintiff and all other parties.

8. Failure to fully disclose in the narrative statement the substance of the evidence to be offered at trial will result in exclusion of that evidence at trial. The only exceptions will be (a) matters which the Court determines were not discoverable at the time of preparation of the pretrial statement, and (b) matters to be used solely for impeachment purposes.

9. A Final Pretrial Order, incorporating the written submissions of all parties, shall be filed on or before **March 26, 2009.** Defense counsel shall prepare the pre-trial order for filing.

10. Failure to appeal to the District Court from any order issued by the undersigned (see Local Civil Rule 72.1(c)(1) may preclude the aggrieved party from securing judicial review of that

order on appeal to the Third Circuit Court of Appeals from a final judgment or order.

                                                   *s/ Claire C. Cecchi*
                                                   **HON. CLAIRE C. CECCHI**
                                                   **United States Magistrate Judge**

Orig.: Clerk of the Court
cc:    File